

IN THE
TENTH COURT OF APPEALS

No. 10-16-00385-CV

DB BARNETT, LP,

                                                          Appellant

 v.

AMY LINGO, AS INDEPENDENT EXECUTOR OF THE
ESTATE OF GEORGE GILLOCK, AS INDEPENDENT
EXECUTOR OF THE ESTATE OF JAMES A. GILLOCK, III,
AND AS INDEPENDENT EXECUTOR OF THE ESTATE
OF ADA MARIE HALL, CHESAPEAKE EXPLORATION, LLC
AND CHESAPEAKE OPERATING, LLC, DEVON ENERGY
PRODUCTION COMPANY, L.P., KELEBIA FARMS, LP,
W. MICHAEL WIIST, LINDA G. KNUTSON,
DEBORAH J. SPEYER, KARMY FAMILY LIVING TRUST,
BURNETT OIL CO., INC., AND BURNETT OIL COMPANY
                                                          Appellees


From the 249th District Court
Johnson County, Texas
Trial Court No. DC-C201600463


## MEMORANDUM OPINION


Appellant, DB Barnett, L.P., and appellees, Amy Lingo, as Independent Executor

of the Estate of George Gillock, as Independent Executor of the Estate of James A. Gillock

III, and as Independent Executor of the Estate of Ada Marie Hall, Chesapeake Exploration, L.L.C., Chesapeake Operating, L.L.C., Devon Energy Production Company, L.P., Kelebia Farms, LP, W. Michael Wiist, Linda G. Knutson, Deborah J. Speyer, Karmy Family Living Trust, Burnett Oil Co., Inc., and Burnett Oil Company, have informed this Court that they have settled this dispute. Accordingly, the parties have filed a joint motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1. Dismissal of this appeal does not prevent a party from seeking relief to which it would otherwise be entitled. The parties' joint motion to dismiss this appeal is granted, and the appeal is dismissed with prejudice. Costs are assessed against the party incurring the same.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed November 7, 2018
[CV06]

